UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GEORGE VASQUEZ, | : | |
| Plaintiff, | : | Civil Case No. 09-1934(JAG) |
| v. | : | **O R D E R** |
|  | : | (CLOSED) |
| JOHN B. DWYER, et al., | : | |
| Defendants. | : | |

    The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees, pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

    It is on this 22nd day of July, 2009,

    ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee, pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

    ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General for the State of New Jersey and on the warden of the Northern State Prison; and it is further

    ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in

this order, pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Plaintiff's complaint is hereby DISMISSED; and it is further

ORDERED that Plaintiff's application for pro bono counsel (docket entry 2) is hereby DISMISSED; and it is finally

ORDERED that the Clerk of the Court shall close this case.

                                          S/Joseph A. Greenaway, Jr.
                                          JOSEPH A. GREENAWAY, JR., U.S.D.J.